

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2015

No. 04-14-00838-CV

In the **INTEREST OF G.P.C**., a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2007EM501481
Honorable Eric Rodriguez, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

We ORDER that appellant, Alronce J. Comeaux, bear all costs of this appeal.

It is so **ORDERED** on January 21, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of January, 2015.

_____
Keith E. Hottle, Clerk